UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 06-CV-00284

KURTIS WAGNER,

                Plaintiff,

v.                                                          **ORDER**

AKIMA CORPORATION,

                Defendant.

This matter is before the Court on Defendant Akima Corporation's Motion to Remand (document #4) filed July 18, 2006. The Court has considered the motion and the record and finds that the parties are both citizens of North Carolina, that the Plaintiff's claims arise entirely from state law, and, accordingly, that there is no basis for federal subject matter jurisdiction.

Therefore, and with the consent of both parties, the Court **GRANTS** Defendant Akima Corporation's Motion to Remand (document #4). This case is **REMANDED** to the General Court of Justice, Superior Court Division, County of Mecklenburg, North Carolina.

    **SO ORDERED**.

                Signed: July 19, 2006

                *Carl Horn, III*

                Carl Horn, III
                United States Magistrate Judge

Dockets.Justia.com